DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAWANDA JOHNSON,**
Appellant,

v.

**DOMINO'S PIZZA, LLC,** a foreign limited liability company,
Appellee.

No. 4D22-444

[January 5, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE16-22481.

Lawanda Johnson, Pembroke Pines, pro se.

Pamela A. Chamberlin of Mitrani, Rynor, Adamsky & Toland, P.A., Miami Beach, and Steven R. Adamsky and Jason R. Adamsky of Mitrani, Rynor, Adamsky & Toland, P.A., Weston, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***